**Tyrone A. ANDREWS, Plaintiff–Appellant,**

v.

**DISTRICT ATTORNEYS OFFICE OF DURHAM COUNTY,**
**Defendant–Appellee.**

No. 02–1094.

United States Court of Appeals, Fourth Circuit.

Submitted June 28, 2002.

Decided July 24, 2002.

Tyrone A. Andrews, Appellant Pro Se. Staci Tolliver Meyer, Assistant Attorney General, Michael F. Easley, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tyrone A. Andrews appeals the district court's order granting summary judgment to Defendant in his employment discrimination action and the magistrate judge's order granting Defendant's motion to strike Andrews' amended complaint and denying Andrews' motions to compel discovery. We have reviewed the record, the magistrate judge's order, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Andrews v. Dist. Attorneys Office*, No. CA–00–738–1 (M.D.N.C. Oct. 1, 2001; Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*